FILED
2004 MAR -4 PM 4: 25

CLERK U.S. DISTRICT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **Anna Marie Ferrante,** | ) | CASE NO. 1:02CV1333 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| **George M. Peters, et al.,** | ) | **Order of Remand** |
| | ) | |
| Defendants. | ) | |

This Court has issued its Memorandum of Opinion and Order upon defendant George M. Peters and Richard Collier's Motion for Summary Judgment (Doc. 48). The Court grants defendants' Motion for Summary Judgment with respect to Counts One and Two of plaintiff Anna Ferrante's Complaint. The remaining Counts Three through Nine of plaintiff's Complaint are hereby remanded to state court.

IT IS SO ORDERED.

PATRICIA A. GAUGHAN
United States District Judge